IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

FILED
JUN 06 2019
Clerk, U.S Courts
District Of Montana
Missoula Division

| UNITED STATES OF AMERICA, | CR 07–29–H–DWM–5 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| ANTHONY NORMAN SMITH, | |
| Defendant. | |

Defendant Anthony Norman Smith's Motion for Early Termination of Supervised Release is now before the Court. (Doc. 196.) Having considered the factors in 18 U.S.C. § 3553(a), the conduct of Defendant, and Defendant's arguments, the Court is satisfied that early termination is warranted by "the interest of justice." 18 U.S.C. § 3583(e)(1).

Accordingly, IT IS ORDERED that Defendant's motion (Doc. 196) is GRANTED. As of the date of this Order, Defendant's supervision is terminated.

Dated this 6 day of June, 2019.

Donald W. Molloy, District Judge
United States District Court